UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| BERNARD JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-118 |
| CITY OF PEMBROKE, BRYAN COUNTY POLICE DEPARTMENT, BILLY GRAY, DONNIE CROSBY, JOHN SMITH, Parole Officer, and LARRY JACOBS, Jail Administrator, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 7th day of July, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA