FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 22  AM 11: 23

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BARNARD JACKSON,           )
                           )
        Plaintiff,         )
                           )
vs.                        )   Case No. CV406-118
                           )
CITY OF PEMBROKE, et al.   )
                           )
        Defendants.        )
                           )

## O R D E R

Before the Court are Plaintiff Bernard Jackson's Objections to the June 5, 2006 Report and Recommendations of the Magistrate Judge. (Doc. 16.) Therein, Plaintiff simply reiterates the same facts and arguments which were previously rejected by the Magistrate Judge and this Court. Accordingly, the Report and Recommendation is adopted as the opinion of this Court.

Further, to the extent Plaintiff seeks to have this Court reconsider its August 25, 2006 Order denying his motion for appointment of counsel, that request is **DENIED**. As this Court stated in its previous Order, though district courts may appoint counsel for an indigent plaintiff, such an appointment is a privilege justified only by exceptional circumstances. Such circumstances are not present in this case.

SO ORDERED, this 22ND day of September, 2006.

WILLIAM T. MOORE, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA