AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BERNARD JACKSON

Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV406-118

CITY OF PEMBROKE, BRYAN COUNTY POLICE DEPARTMENT, BILLY GRAY, DONNIE CROSBY, JOHN SMITH, Parole Officer, and LARRY JACOBS, Jail Administrator

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of September 22, 2006, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of the Court and dismissing this case, Judgment of Dismissal is hereby entered.

| September 22, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | Mary Anne Hill |
| | (By) Deputy Clerk |

GAS Rev 10/1/03